UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ERGUN BOZDOGAN,                                                    16-CV-01053 (JMW)

                Plaintiff,

-against-

23 LUDLAM FUEL, INC. JOHN PARISI, and
ANTON PARISI,

                Defendants.
----------------------------------------------------------------X

## NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS

**PLEASE TAKE NOTICE**, that upon the reading and filing of the Declaration of Justin M. Reilly, Esq., the Memorandum of Law in Support of Plaintiff's Motion for Attorneys' Fees and Costs, and the Exhibits annexed thereto, Plaintiff Ergun Bozdogan, by and through his undersigned counsel, moves this Court before the Honorable James M. Wicks, United States Magistrate Judge, at the United States District Courthouse, Eastern District of New York, 100 Federal Plaza, Central Islip, New York, for an Order: a) granting Plaintiff attorney's fees and costs, and b) granting Plaintiff such other and further relief as to this Court deems just and proper.

Dated: Massapequa, New York
       September 29, 2022

                                                  Respectfully submitted by,

                                                  Justin M. Reilly, Esq.
                                                  The NHG Law Group, P.C.
                                                  *Attorneys for Plaintiff*
                                                  4242 Merrick Road
                                                  Massapequa, New York 11758
                                                  Tel: (516) 228-5100
                                                  justin@nhglaw.com

TO:    Jeffrey H. Weinberger, Esq. via ECF