Law Offices of Neil H. Greenberg & Associates P.C.
**Justin Reilly**
Bozdogan Ergun v. 23 Ludlam Fuel Inc., John Parisi and Anton
Parisi
Files > Facts > Time Spent > All File Time

*Printed by: Justin Reilly*

| Date | Initials | Duration | Description |
|---|---|---|---|
| 09/29/2022 | JR | 3.80 | drafted motion for fees and costs |
| 09/28/2022 | KW | 2.20 | Drafted and filed Plaintiff's Notice of Taxation of Costs |
| 09/16/2022 | JR | 0.80 | Reviewed the trial decision |
| 09/15/2022 | KW | 0.50 | Reviewed the Court's Trial Decision |
| 02/22/2022 | KW | 0.30 | Reviewed the Court's Decision & Order re: Motion to Conform the Pleadings |
| 02/04/2022 | JR | 3.20 | Drafted supplemental proposed findings of fact |
| 02/03/2022 | JR | 2.50 | Reviewed and outlined the January 2022 trial transcript. Began preparing notes for supplemental memo |
| 01/19/2022 | JR | 3.00 | Went to court for the continued trial. BILL 1 HOUR AT A REDUCED TRAVEL RATE |
| 01/17/2022 | JR | 2.00 | Continued outlining John Parisi's trial testimony |
| 01/14/2022 | JR | 1.00 | Continued preparing for the continued bench trial. Began outlining John Parisi's trial testimony |
| 01/13/2022 | JR | 5.00 | Continuing going through the trial transcript to prepare for the continued bench trial. |
| 01/12/2022 | JR | 4.50 | Began combing through the trial transcript in preparation for the continued bench trial next week. |
| 12/14/2021 | JR | 0.20 | Reviewed Court's Order and email defense counsel that Plaintiff does not consent. |
| 12/02/2021 | JR | 0.50 | Zoom conference with the Court |
| 05/08/2019 | KW | 0.30 | Filed Plaintiff's motion to conform the pleadings and reply brief via ECF |
| 05/06/2019 | KW | 1.80 | Made corrections, edits, and additions to Plaintiff's Reply Memorandum in Further Support of Motion to Conform Pleadings |
| 05/03/2019 | KW | 7.10 | Conducted research and drafted Plaintiff's Reply Memorandum in Further Support of his Motion to Conform the Pleadings |
| 05/02/2019 | KW | 1.20 | Reviewed defendants' opposition to plaintiff's motion to conform pleadings |
| 03/29/2019 | KW | 3.10 | Printed, compiled, and bundled all exhibits and supporting papers for Plaintiff's motion to conform pleadings and post trial memo of facts and law; Served motion to conform the pleadings on Adversary via USPS mail and email; Filed and served post-trial memo of facts and law on Adversary via ECF |
| 03/28/2019 | KW | 3.20 | Made edits and additions to motion to conform the pleadings; made edits and additions to post-trial memo of facts and law |
| 03/21/2019 | KW | 4.50 | Completed first draft of motion to conform the pleadings |
| 03/20/2019 | KW | 9.50 | Conducted research on conforming the pleadings to the evidence; drafted declaration in support; drafted notice of motion; drafted certificate of service; began drafting memorandum in support; compiled all exhibits |
| 03/19/2019 | JR | 4.20 | Reviewed the proposed findings of fact and conclusions of law and made changes, additions, etc. |
| 03/18/2019 | KW | 6.50 | Completed first draft of Plaintiff's Memo of Proposed Facts and Conclusions of Law. |
| 03/15/2019 | KW | 4.20 | Continued drafting post-trial memorandum of facts and law |
| 03/14/2019 | KW | 8.50 | Continued drafting post-trial memorandum of facts and law |
| 03/13/2019 | KW | 9.70 | Continued drafting transcript outlines; Began drafting post-trial memorandum of facts and law |
| 03/12/2019 | KW | 8.20 | Drafted trial transcript outlines |
| 03/08/2019 | KW | 6.00 | Read and annotated trial transcripts |
| 03/07/2019 | KW | 5.60 | Read and annotated trial transcripts |
| 03/06/2019 | KW | 6.80 | Read and annotated trial transcripts |

| 01/24/2019 | JR | 8.50 | Prepped for and conducted day 2 of the trial. BILL 1/2 HOUR AT A REDUCED TRAVEL RATE |
|---|---|---|---|
| 01/23/2019 | JR | 10.50 | Prepped for and conducted day 1 of the trial. BILL 1/2 HOUR AT A REDUCED TRAVEL RATE |
| 01/23/2019 | KW | 7.50 | Attended trial at EDNY Central Islip, took notes throughout testimony of witnesses, reviewed deposition transcripts and exhibits to ensure accurate testimony and possible impeachment, including 1 hour of travel |
| 01/15/2019 | JR | 8.00 | Met with Ergun and prepped him for direct and cross examination testimony. I also modified his direct examination outline and went over every page of Ex. 1 and made notes. On weeks that there are no time sheets we need to use the calendars to establish his claim |
| 01/11/2019 | KW | 5.50 | Prepared all Trial Exhibit Binders |
| 01/11/2019 | JR | 8.00 | Digested the deposition transcripts of Plaintiff and prepared his direct examination outline |
| 01/11/2019 | KW | 6.50 | Drafted table of contents and table of authorities; edited and made additions to pre-trial memorandum; printed and compiled all memorandum papers and exhibits; filed all memorandum papers and exhibits with the Court via ECF System; served hard copies on Defendants and sent a courtesy copy to the Court via USPS |
| 01/10/2019 | KW | 5.20 | Reviewed time records and drafted Plaintiff's calculation of damages for pre-trial memorandum |
| 01/10/2019 | JR | 10.00 | Prepared Jackie Parisi's cross examination outline, review John Parisi's deposition transcript and prepared his cross examination outline, began reviewing Bozdogan's deposition transcripts |
| 01/09/2019 | KW | 8.80 | Continued and completed first draft of pre-trial memorandum |
| 01/09/2019 | JR | 7.20 | Began preparing Jackie Parisi's cross examination outline |
| 01/08/2019 | KW | 9.80 | Conducted research on FLSA overtime elements and began drafting legal analysis for pre-trial memorandum |
| 01/08/2019 | JR | 7.00 | went through Jacalyn Parisi's two deposition transcripts and highlighted portions to use on her cross examination outline |
| 01/07/2019 | KW | 10.30 | Continued outlining deposition transcripts; Drafted certificate of service, cover letters, declaration, and statement of facts for pre-trial memorandum |
| 01/07/2019 | JR | 4.20 | Finished preparing Falzone's cross examination outline |
| 01/04/2019 | KW | 9.20 | Outlined all deposition transcripts and reviewed all exhibits in preparation for trial and drafting pre-trial memorandum |
| 01/03/2019 | KW | 7.90 | Reviewed and annotated all deposition transcripts in preparation for trial and drafting pre-trial memorandum |
| 12/31/2018 | JR | 4.50 | Continued preparing Falzone's cross examination outline |
| 12/21/2018 | JR | 3.20 | Continued preparing Tom Falzone's cross examination outline |
| 12/18/2018 | JR | 3.00 | Continued preparing Tom Falzone's cross examination outline |
| 12/17/2018 | JR | 3.00 | Continued preparing Tom Falzone's cross examination outline |
| 12/11/2018 | KW | 4.80 | Conducted research on leading questions at trial |
| 12/05/2018 | JR | 3.00 | Began preparing Tom Falzone's cross examination outline |
| 10/23/2018 | JR | 5.50 | Took Tom Falcone's deposition and defended Ergun's continued deposition. |
| 10/22/2018 | JR | 1.80 | Prepped for Tom Falcone's continued deposition |
| 10/22/2018 | JR | 1.20 | Met with Ergun and prepped him for his deposition tomorrow |
| 10/09/2018 | JR | 2.20 | Met with Ergun and prepped him for his deposition on 10/23 |
| 10/08/2018 | JR | 6.00 | Finished digesting Ergun's deposition transcript and digested John Parisi's deposition transcript. |
| 10/05/2018 | JR | 6.00 | Began digesting Jacky Parisi's two deposition transcripts and Ergun's deposition transcript |
| 10/04/2018 | JR | 1.00 | Began digesting Tom Falcone's deposition transcript for to prepare for his continued deposition |
| 09/28/2018 | JR | 5.00 | Attended pretrial conference in Brooklyn. BILL 3 HOURS AT A REDUCED TRAVEL RATE. |
| 09/27/2018 | JR | 2.00 | Reviewed JPTO, reviewed trial exhibits, reviewed parts of the file to prepare for the pretrial conference tomorrow |
| 05/02/2017 | KW | 6.50 | Conducted research and drafted opposition to Defendants' letter motion to file an |

| | | | untimely jury demand |
|---|---|---|---|
| 04/26/2017 | KW | 0.50 | Reviewed Defendants' motion for leave to file a late jury demand |
| 04/10/2017 | JR | 2.50 | Made some changes to letter in response to request for pre-motion conference. Attended pretrial conference in Central Islip. BILL 1 HOUR AT A REDUCED TRAVEL RATE |
| 04/07/2017 | KW | 3.80 | Researched and drafted response to Defendants' pre-motion conference letter |
| 04/05/2017 | KW | 0.30 | Reviewed Defendants' pre-motion conference letter (DE 39) |
| 04/03/2017 | JR | 2.50 | Made changes to JPTO. Emailed back and forth with defense counsel concerning defendants' portion and plaintiff's portion. Objected to some of defendants' exhibits |
| 03/29/2017 | JR | 4.00 | Reviewed entire file and drafted plaintiff's portion of the JPTO. Reviewed and marked all plaintiff's exhibits for trial. |
| 03/28/2017 | KW | 0.30 | Reviewed Defendants' response to Plaintiff's pre-motion letter (DE 37) |
| 03/23/2017 | KW | 0.10 | Reviewed the Court's Order |
| 03/22/2017 | KW | 0.10 | Reviewed Defendants' Letter (DE 36) |
| 03/21/2017 | KW | 0.20 | Filed pre-motion conference letter re: partial summary judgment |
| 03/17/2017 | JR | 5.00 | Attended settlement conference before Judge Tomlinson. BILL ONE HOUR AT A REDUCED TRAVEL RATE |
| 03/15/2017 | KW | 1.40 | Drafted pre-motion conference letter |
| 03/13/2017 | JR | 2.00 | Drafted ex parte settlement statement for settlement conference |
| 03/10/2017 | JR | 3.50 | Conducted deposition of Jackie Parisi and had meeting with defense counsel and his client afterwards |
| 03/09/2017 | JR | 3.00 | Prepped for continued deposition of Jackie P. Reviewed her prior deposition transcript to narrow down the issues for tomorrow |
| 01/27/2017 | JR | 4.00 | Prepped for and conducted deposition of Jackie Parisi. She had to leave in the middle of the deposition. |
| 01/26/2017 | JR | 4.00 | Defended Ergun's deposition |
| 01/25/2017 | JR | 5.00 | Prepped Ergun for his deposition |
| 01/25/2017 | FMP | 0.50 | Prepared and sent Plaintiff's Supplemental Document Production |
| 01/18/2017 | JR | 6.50 | Prepped for and conducted deposition of John Parisi |
| 01/11/2017 | KW | 2.80 | Met with Client to review and discuss Defendants' document production |
| 01/10/2017 | JR | 0.20 | Conference call with defense counsel about scheduling depositions |
| 01/10/2017 | JR | 3.00 | Reviewed defendants' supplemental document production of over 300 pages |
| 01/09/2017 | KW | 4.50 | Reviewed Defendants' document production |
| 12/21/2016 | JR | 0.50 | drafted motion for a settlement conference |
| 12/14/2016 | JR | 6.50 | Prepped for and conducted deposition of Tom Falcone |
| 11/10/2016 | KW | 0.10 | Reviewed the Court's Minute Entry (DE 29) |
| 10/25/2016 | JR | 1.00 | Attended status conference. BILL 1/2 HOUR AT A REDUCED TRAVEL RATE |
| 10/24/2016 | JR | 0.50 | Drafted and filed a notice of appearance |
| 10/19/2016 | JR | 0.50 | Drafted and filed a status report |
| 10/19/2016 | JR | 0.50 | Drafted and filed stipulation regarding enterprise coverage |
| 10/05/2016 | KW | 1.20 | Reviewed Defendants' Responses to Plaintiff's Document Request |
| 08/11/2016 | KW | 0.20 | Drafted and filed a notice of appearance |
| 08/11/2016 | KW | 2.20 | Made edits to Plaintiffs' Discovery Responses; Served same on opposing counsel |
| 08/02/2016 | KW | 2.20 | Reviewed and stamped Plaintiff's documents |
| 08/01/2016 | KW | 5.80 | Spoke with client regarding discovery; Drafted Plaintiff's Discovery Responses |
| 06/23/2016 | KW | 0.20 | Reviewed the Court's Initial Case Management and Scheduling Order (DE 22) |
| 06/22/2016 | KW | 0.20 | Reviewed the Court's Minute Entry (DE 21) |
| 06/04/2016 | JR | 0.50 | Drafted and filed proposed scheduling order |
| 05/11/2016 | JR | 0.50 | Reviewed and marked up Defendants' answer |
| 03/02/2016 | JR | 2.00 | Drafted and filed summons, civil cover sheet, and complaint |
| 02/29/2016 | JR | 1.80 | Met with a new wage and hour client. Discussed potential case against his former employer and went over his claims with him. He signed up. |